Karen A. Confoy, Esq.
**STERNS & WEINROTH, P.C.**
50 West State Street, Suite 1400
Trenton, NJ 08607-1298
Telephone (609) 989-5012
Facsimile (609) 392-7956
*Attorneys for Plaintiffs*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.<br><br>       Plaintiffs,<br><br>v.<br><br>MERCK, SHARP & DOHME CORP.,<br><br>       Defendant. | Civil Action No.<br><br><br>**DOCUMENT FILED ELECTRONICALLY** |

### FED.R.CIV.P. 7.1 DISCLOSURE STATEMENT OF DEFENDANTS
### LUPIN LTD. AND LUPIN PHARMACETICALS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs Lupin Ltd. and Lupin Pharmaceuticals, Inc. hereby makes the following disclosure statement:  Lupin Pharmaceuticals, Inc. is wholly-owned by Lupin Ltd., which is a publicly traded company on the Bombay Stock Exchange.

        **STERNS & WEINROTH,**
        A Professional Corporation
        *Attorneys for Plaintiffs Lupin, Ltd*
        *and Lupin Pharmaceuticals, Inc.*


        By: /s/ Karen A. Confoy
            Karen A. Confoy
            kconfoy@sternslaw.com

Dated:  February 1, 2010

<u>Of Counsel:</u>
Beth D. Jacob
Kelly L. Morron
Jason G. Harp
Kathryn S. Devine
**SCHIFF HARDIN LLP**

900 Third Avenue
Twenty-Third Floor
New York, NY 10022
(212) 753-5000

233 South Wacker Drive
Suite 6600
Chicago, IL 60606
(312) 258-5500

*Attorneys for Plaintiffs Lupin Ltd. and Lupin Pharmaceuticals, Inc.*