Karen A. Confoy, Esq.
Erica S. Helms, Esq.
**STERNS & WEINROTH, P.C.**
50 West State Street, Suite 1400
Trenton, NJ 08607-1298
Telephone (609) 989-5012
Facsimile (609) 392-7956
*Attorneys for Plaintiffs*
*Lupin Ltd. and Lupin Pharmaceuticals, Inc.*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| LUPIN LTD. and LUPIN PHARMACEUTICALS, INC.<br><br>          Plaintiffs,<br><br>          v.<br><br>MERCK, SHARP & DOHME CORP.,<br><br>          Defendant. | Civil Action No.<br>3:10-CV-683 (JAP) (TJB)<br><br>**DOCUMENT FILED ELECTRONICALLY**<br><br>**NOTICE OF APPEARANCE** |

To:    Clerk, United States District Court
          **Clarkson S. Fisher Federal Building**
           **and U.S. Courthouse**
          402 East State Street
          Trenton, New Jersey  08608

        **PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of Plaintiffs Lupin Ltd. and Lupin Pharmaceuticals, Inc. and requests that all E-Filing Notices in this case be e-mailed to ehelms@sternslaw.com.

                                                               **STERNS & WEINROTH, P.C.**
                                                                *Attorneys for Plaintiffs Lupin Ltd. and*
                                                                *Lupin Pharmaceuticals, Inc.*

Dated:  February 18, 2010                     By: /s/ Erica S. Helms
                                                                    Erica S. Helms
                                                                    ehelms@sternslaw.com