AO 440 (Rev. 10/93) Summons in a Civil Action     **RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: | SUMMONS AND COMPLAINT, CIVIL COVER SHEET, 7.1 DISCLOSURE STATEMENT |
| EFFECTED (1) BY ME: | JANE NUNN |
| TITLE: | PROCESS SERVER     DATE: 02/19/2010  01:50PM |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[X] Served personally upon the defendant:

MERCK, SHARP DOHME CORP.

Place where served:

C/O THE CORP. TRUST CO., R.A.  820 BEAR TAVERN RD. WEST TRENTON NJ 08628

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

LISSETTE RIVERA

Relationship to defendant: AUTHORIZED AGENT

Description of person accepting service:

SEX: F   AGE: 36-50   HEIGHT: 5'4"-5'8"   WEIGHT: 161-200 LBS.   SKIN: WHITE   HAIR: BLACK   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____     SERVICES $ _____     TOTAL $ _____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: 2/19/20 10     _signature_ L.S.

SIGNATURE OF JANE NUNN
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

| | |
|---|---|
| ATTORNEY: | KAREN A. CONFOY, ESQ. |
| PLAINTIFF: | LUPIN LTD, ET AL. |
| DEFENDANT: | MERCK, SHARP DOHME CORP. |
| VENUE: | DISTRICT |
| DOCKET: | 3 10 CV 683 JAP TJB |

ROSEMARY RAMOS  2/22/10
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires Sept. 18, 2013

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.